**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re Redacted Stored Communications Act, 18 U.S.C. § 2703(a), (c) & (d), Documents Pursuant to Standing Order No. 22-05 (BAH) | **Case No. 25-sc-9999** |

**NOTICE OF FILING REDACTED DOCUMENTS IN RELATION TO 18-sc-01331 UPON CLOSE OF INVESTIGATION**

Pursuant to *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, and Standing Order No. 22-05 (BAH), the government provides this Notice of Filing on the unsealed docket of the attached (see Attachment A) "Redacted Docket Materials," in 18-sc-01331, which consist of redacted versions of the following original docket entries:

- Signed Application for Warrant Pursuant to 18 U.S.C. §§ 2703 and 3512

- Signed Warrant

The items listed above constitute all the relevant documents to be unsealed upon the close of this investigation as set out in *Matter of Leopold*, D.D.C. Case No. 13-mc-00712. In *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, the Court addressed unsealing of several categories of sealed legal process related to closed investigations: "applications for warrants issued pursuant to the Stored Communications Act ('SCA'), 18 U.S.C. § 2703(a), SCA § 2703(d) orders, pen registers and trap and trace ('PR/TT') devices, *see id.* § 3123, and foreign requests for use of these investigative authorities, pursuant to Mutual Legal Assistance Treaties ('MLATs'), *see id.* § 3512(a)(2)(B)–(C), once those matters are closed." 2020 WL 7481037, ECF 69 at *1 (Dec. 17, 2020). The Court noted that such unsealing could be accomplished by "fil[ing] redacted versions of any documents . . . on a given docket, and then . . . fil[ing] a motion to unseal the case docket

1

indicating the matter is closed and identifying, by filed document number, the unredacted versions

of the government-redacted documents to remain under seal." *Id*. at \*3; *see also id*. at \*5

(contemplating a government "motion to unseal, indicating that a case is closed and signaling to

the Clerk's Office to unseal the case," which motion will "identify each docket entry, *i.e.*, ECF

number" to be unsealed, and which should remain sealed).[1]

---

[1] In connection with such unsealing, the D.C. Circuit noted that "the government and court must be able to redact documents in order to protect privacy and law enforcement interests," *Matter of Leopold*, 964 F.3d 1121, 1133 (D.C. Cir. 2020).  Specifically, the Court "ORDERED that the government redact the following information" from filings to be unsealed:

> (1) individuals' names, except for the name of a judicial officer who has issued an order;
> (2) dates of birth;
> (3) Social Security numbers;
> (4) financial account numbers;
> (5) telephone numbers;
> (6) street addresses;
> (7) email account addresses; and
> (8) any other information that directly or indirectly identifies the target of, or witness, investigator, informant, or other person of interest in, a criminal investigation, and regardless of whether the investigation ultimately resulted in criminal charges or a criminal conviction.

*See Matter of Leopold*, D.D.C. Case No. 13-mc-00712, ECF No. 71, slip op. at \*15-\*16 (Feb. 9, 2021).  In addition, in its *Matter of Leopold* ruling, the D.C. Circuit recognized that sealing – and thus, by extension, redactions could continue to be appropriate to "protect . . . law enforcement interests."  964 F.3d at 1133.

As these documents are hereby filed on the unsealed docket created for purposes of filings pursuant to *Leopold*, the attached redacted documents are now available to the public.

Respectfully submitted,

VAUGHN A. ARY
DIRECTOR
OFFICE OF INTERNATIONAL AFFAIRS
OK Bar Number 12199

By: _____
Michael Lyness
NJ Bar Number 908452012
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W., Suite 300
Washington, D.C.   20530
(202) 616-2999 telephone
(202) 514-0080 facsimile
Michael.Lyness@usdoj.gov

3

# ATTACHMENT

# A

*Redacted Docket Materials*

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH ▮▮▮<br>▮▮▮ ACCOUNT ▮▮▮<br>▮▮▮ THAT IS STORED AT PREMISES<br>CONTROLLED BY ▮▮▮ | ) ) ) ) ) ) ) | Case: 1:18-sc-01331<br>Assigned To : Magistrate Judge Harvey, G. Michael<br>Assign. Date : 5/10/2018<br>Description: Search and Seizure Warrant |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Application for a Search Warrant.

located in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , there is now concealed *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) and 3512(a) namely contents of electronic data more fully described in Attachment B incorporated herein and included as part of the attached Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | As set forth in the Annex describing the Relevant Provisions of ▮▮▮▮▮▮▮ |

The application is based on these facts:

See Attached Affidavit and its Attachments in Support of the Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set fort ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Sworn to before me and signed in my presence.

Date: __MAY 10 2018__

City and state:  Washington, D.C.

*Judge's signature*

G. Michael Harvey, United States Magistrate Judge

*Printed name and title*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
████ ACCOUNT ████████
████████

THAT IS STORED AT PREMISES
CONTROLLED BY ████████

Case: 1:18-sc-01331
Assigned To : Magistrate Judge Harvey, G. Michael
Assign. Date : 5/10/2018
Description: Search and Seizure Warrant

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, ████████ being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of an application for a search warrant for information associated with a certain ████████ that is stored at premises owned, maintained, controlled, or operated by ████████ a ████████ company headquartered in ████████ The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A), and 3512(a), to require ████ to disclose to the government records and other information in its possession, further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the information described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2.    The information requested in this search warrant is being sought pursuant to a request for assistance ("Request") from ████████ transmitted to Washington, D.C. in ████████ are

conducting a blackmail investigation concerning violations of ███████████████████

███████████████ A copy of the applicable law is appended to this affidavit. This Request

is made ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

3.      I am a Special Agent with the Federal Bureau of Investigation, and have been since

██████ I am currently assigned to █████████████████████████████████████████

██████████ My current duties include responding to request from foreign governments pursuant

to Mutual Legal Assistance Treaties, including serving as the affiant on search warrants affidavits,

serving search warrants, and reviewing the data received for relevance in compliance with

parameters of the search warrants.

4.      During my employment with the FBI, I have conducted investigations related to

████████████████████████████████████████████████████████████████████

████████████████ I have also worked on numerous criminal and ████████████████

investigations. I have experience in the execution of search warrants and the analysis of collected

evidence. Additionally, I have received training in the operation of computers and the collection

and handling of digital evidence. I have been trained by the FBI as ████████████████████

██████████ and received specialized training in ████████████████████████████

████████████████████████████████████

5. The facts set forth in this affidavit are based upon information conveyed to the United States via a request made  by ▮▮▮▮▮▮▮▮▮▮ and upon my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of the criminal law of ▮▮▮▮▮▮▮ have been committed by the unknown person(s) using the ▮▮▮ Account  There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

## JURISDICTION

7. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court "is acting on a request for foreign assistance pursuant to [18 U.S.C.] section 3512 . . . ." 18 U.S.C. § 2711(3)(A)(iii); *see also* 18 U.S.C. § 3512(a)(2)(B) (court may issue "a warrant or order for contents of stored wire or electronic communications or for records related thereto, as provided under section 2703"), § 3512(c)(3) ("application for execution of a request from a foreign authority under this section may be filed . . . in the District of Columbia").

8. This application to execute ▮▮▮▮▮▮▮ request has been approved and duly authorized by an appropriate official of the Department of Justice, through the Office of

International Affairs ("OIA").[1] *See* 18 U.S.C. § 3512(a). An OIA attorney has reviewed the request, as well as the supplemental information provided by ███████████ confirmed that it was submitted by ███████████████ in connection with a criminal investigation and/or prosecution, and authorized the undersigned to file this application with the assistance of the U.S. Attorney's Office in the District of Columbia.

## PROBABLE CAUSE

9.    According to ████████████████████ in ██████ Victim saw an internet advertisement for a paid modeling photoshoot. At that time, Victim was ██ years old. Victim responded to the advertisement and sent images of herself to the advertiser—the ██████ ██████ agency in ████████████ The ████████ agency contacted Victim and a photoshoot of Victim was arranged in exchange for payment to Victim.

10.    Victim did the photoshoot as agreed upon. Initially, Victim was fully clothed while photographs were taken. Shortly thereafter, the photographer offered Victim additional money for Victim to take off her clothes. Victim agreed and took off her clothes, and the photographer took additional pictures.

11.    Next, the photographer offered Victim more money in exchange for Victim engaging in sexual intercourse with the photographer while being video recorded. Victim agreed and had sexual intercourse with the photographer on a sofa, and there was a video camera recording it.

---

[1] The Attorney General, through statutes and regulations, has delegated to the Office of International Affairs the authority to serve as the "Central Authority" or "Competent Authority" under treaties and executive agreements between the United States and other countries pertaining to mutual assistance in criminal matters. *See* 28 C.F.R. §§ 0.64-1, 0.64-4, and Appendix to Subpart K, Directive Nos. 81A and 81B (2013).

12.    Victim has told law enforcement that she believes a narcotic substance may have been dropped in her drink, because Victim has never done anything like this before.

13.    In late ███████████ Victim's friends told her that there was a video of her having sexual intercourse (hereinafter "video") on the internet. The website that had the video posted also listed Victim's name and the town in which Victim lived.

14.    Following the publication of the video on the internet, Victim received ███████ messages from strangers, and in particular received messages from the ██████████ ████████ The Victim received the first of these messages in ██████████ but does not recall the exact date. Specifically, ███████████ threatened to send the video to Victim's ███████████ if Victim did not communicate with him. Because Victim did not want the video further disseminated, Victim responded. Thereafter, ██████████ demanded that Victim ████████████████████ and then offered Victim money in exchange for ███ ██ Specifically, ████████████ stated, ████████████████████ ██████████And ████████████████████████ ████████████████████████ Victim responded that she was going to report the incident to the police and blocked the account. The last message from ████████ ██████████to the Victim was sent sometime in ███████████

15.    Later in ██████████ Victim's ████ received a ████████ message from ███████ ██████████ that contained a link to the video. The police were contacted and are conducting an investigation.

16.    The ██████████ for the ██████████████ account is ████████████████████

## BACKGROUND CONCERNING ███████████

17.    In my training and experience, I have learned that ████████ owns and operates a

██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████

18.    ████████████ asks users to provide basic contact and personal identifying information

to ████████ either during the registration process or thereafter.  This information may include

the user's full name, birth date, gender, contact e-mail addresses, ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████

19.    ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

20.

21.

22.



23.

24.

25.

26.

27.





33. ▮▮▮▮▮ also retains Internet Protocol ("IP") logs for a given ▮▮▮▮▮ IP address. These logs may contain information about the actions taken by the ▮▮▮▮▮ IP address on ▮▮▮▮▮ including information about the type of action, the date and time of the action, and the ▮▮▮▮▮ IP address associated with the action. For example, ▮▮▮▮▮

34. ▮▮▮▮▮ providers like ▮▮▮▮▮ typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, ▮▮▮▮▮ users may communicate directly with ▮▮▮▮▮ about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. ▮▮▮▮▮ providers like ▮▮▮▮▮ typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

35. As explained herein, information stored in connection with a ▮▮▮▮▮ account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. From my training, experience, and investigation, I know that a ▮▮▮▮▮ stored electronic communications, and other data retained by ▮▮▮▮▮ can indicate who has used or controlled

the ▮▮▮▮ account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮ may be evidence of who used or controlled the ▮▮▮▮ account at a relevant time. Further, ▮▮▮▮ account activity can show how and when the account was accessed or used. For example, as described herein, ▮▮▮▮ logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of ▮▮▮▮ access, use, and events relating to the crime under investigation. ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ This geographic and timeline information may tend to either inculpate or exculpate the ▮▮▮▮ account owner. Finally, ▮▮▮▮ account activity may provide relevant insight into the ▮▮▮▮ account owner's state of mind as it relates to the offense under investigation. For example, information on the ▮▮▮▮ account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

36.    Therefore, the computers of ▮▮▮▮▮▮ are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of ▮▮▮▮▮▮ such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

37.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require ▮▮▮▮▮▮ to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

## CONCLUSION

38.    Based on the forgoing, I request that the Court issue the proposed search warrant. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. Because the warrant will be served on ▮▮▮▮▮▮ who

will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted



Federal Bureau of Investigation

Subscribed and sworn to before me on  *MAy 10*  , 2018



G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

### Annex

**Relevant Provisions**



AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH ██████ ACCOUNT ██████████ THAT IS STORED AT PREMISES CONTROLLED BY ██████████ | Case: 1:18-sc-01331<br>Assigned To : Magistrate Judge Harvey, G. Michael<br>Assign. Date : 5/10/2018<br>Description: Search and Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ████████████████████████████████
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A) and 3512(a) namely contents of electronic data more fully described in Attachment B incorporated herein and included as part of the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before _____5/24/18_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Magistrate Judge G. Michael Harvey_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ___MAY 10 2018 / 4:55pm___    ___(signature)___
                                                                          *Judge's signature*

City and state:    Washington, D.C.    G. Michael Harvey, United States Magistrate Judge
                                                                          *Printed name and title*

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with ▮▮▮▮▮ Account ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮ that is stored at premises owned, maintained,

controlled, or operated by ▮▮▮▮▮ a company headquartered in ▮▮▮▮▮▮▮

## ATTACHMENT B

### Particular Things to be Seized and Procedures
### to Facilitate Execution of the Warrant

**I.     Information to be disclosed by** ▓▓▓▓▓▓▓

To the extent that the information described in Attachment A is within the possession, custody, or control of ▓▓▓▓▓▓▓▓▓▓▓▓▓ including any messages, records, files, logs, or information that have been deleted but are still available to ▓▓▓▓▓ or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), ▓▓▓▓▓ is required to disclose the following information to the government for each ▓▓▓▓▓ account listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ physical address (including city, state, and zip code), telephone numbers, ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓

(b)    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ for the time period from ▓▓▓▓▓ through and including ▓▓▓▓▓

(c)    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ for the time period from ▓▓▓▓▓ through and including ▓▓▓▓▓

(d)    For the time period from ▓▓▓▓▓ through and including ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



(e) All other records of communications and messages made or received by the user for the time period from ███████████ through and including ███████████ ███ including all ███████████████████████████ ██████████████████████

(f) All ████████████████████████████ for the time period from ███████████████ through and including ████████████████

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the ████████████████ ██████████████████████████████████████ time period from ████████████████ through and including ████████████████

(i) ███████████████████████████████████████████████████ for the time period from ████████████████ through and including ████████████████

(j) All past and present ████████████ created by the account;

(k) All records of ████████████████████████████ for the time period from ████████████ through and including ████████████████

(l) All information about the user's access and use of ████████████████

(m) The types of service utilized by the user;

(n)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)    ██████████████████████████████████████████

       ██████████████████████████████████████████

       ████████████████████████

(p)    All records pertaining to communications between ████████ and any person regarding the user or the user's ████████ account, including contacts with support services and records of actions taken.

The Provider shall deliver the information set forth above via United States mail or courier to: ████████████████ Federal Bureau of Investigation, J. Edgar Hoover Building, ████████ ████████████ 935 Pennsylvania Ave., NW, Washington D.C. 20535-0001.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, or instrumentalities of, or contraband from, violations of ███████████████████████ ██████████████████████████ for the ████████ Account identified on Attachment A ("Account"), pertaining to the following matters:

(a) ██████████████████████████████████████████████████ or communications of any kind between the Account and the Victim, the Victim's family members or associates, or other individuals regarding the video of the Victim engaging in sexual acts, dissemination of the video, requests to the Victim for sexual acts, threats to the Victim, or offers to pay the Victim for the time period from ████████████ through and including ████████████

(b) Evidence indicating how and when the Account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Account owner;

(c) Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s);

(e) The identity of the person(s) who communicated with the ████ about matters relating to the offense, including records that help reveal their whereabouts.

### III.    Government procedures for warrant execution

The United States government will conduct a search of the information produced by ▮▮▮▮▮ and determine which information is within the scope of the information to be seized specified in Section II.  That information that is within the scope of Section II may be copied and retained by the United States.

Law enforcement personnel will then seal any information from ▮▮▮▮ that does not fall within the scope of Section II and will not further review the information absent an order of the Court.