**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

In Re Redacted Stored Communications Act,
18 U.S.C. § 2703(a), (c) & (d), Documents
Pursuant to Standing Order No. 22-05 (BAH)

**Case No. 25-sc-9999**

## <u>NOTICE OF FILING REDACTED DOCUMENTS IN RELATION TO 18-sc-00784 UPON CLOSE OF INVESTIGATION</u>

Pursuant to *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, and Standing Order No. 22-05 (BAH), the government provides this Notice of Filing on the unsealed docket of the attached (see Attachment A) "Redacted Docket Materials," in 18-sc-00784, which consist of redacted versions of the following original docket entries:

- Signed Application for Warrant Pursuant to 18 U.S.C. §§ 2703 and 3512

- Signed Warrant

The items listed above constitute all the relevant documents to be unsealed upon the close of this investigation as set out in *Matter of Leopold*, D.D.C. Case No. 13-mc-00712. In *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, the Court addressed unsealing of several categories of sealed legal process related to closed investigations: "applications for warrants issued pursuant to the Stored Communications Act ('SCA'), 18 U.S.C. § 2703(a), SCA § 2703(d) orders, pen registers and trap and trace ('PR/TT') devices, *see id.* § 3123, and foreign requests for use of these investigative authorities, pursuant to Mutual Legal Assistance Treaties ('MLATs'), *see id.* § 3512(a)(2)(B)–(C), once those matters are closed." 2020 WL 7481037, ECF 69 at *1 (Dec. 17, 2020). The Court noted that such unsealing could be accomplished by "fil[ing] redacted versions of any documents . . . on a given docket, and then . . . fil[ing] a motion to unseal the case docket

1

indicating the matter is closed and identifying, by filed document number, the unredacted versions of the government-redacted documents to remain under seal."  *Id*. at *3; *see also id*. at *5 (contemplating a government "motion to unseal, indicating that a case is closed and signaling to the Clerk's Office to unseal the case," which motion will "identify each docket entry, *i.e.*, ECF number" to be unsealed, and which should remain sealed).[1]

---

[1] In connection with such unsealing, the D.C. Circuit noted that "the government and court must be able to redact documents in order to protect privacy and law enforcement interests," *Matter of Leopold*, 964 F.3d 1121, 1133 (D.C. Cir. 2020).  Specifically, the Court "ORDERED that the government redact the following information" from filings to be unsealed:

> (1) individuals' names, except for the name of a judicial officer who has issued an order;
> (2) dates of birth;
> (3) Social Security numbers;
> (4) financial account numbers;
> (5) telephone numbers;
> (6) street addresses;
> (7) email account addresses; and
> (8) any other information that directly or indirectly identifies the target of, or witness, investigator, informant, or other person of interest in, a criminal investigation, and regardless of whether the investigation ultimately resulted in criminal charges or a criminal conviction.

*See Matter of Leopold*, D.D.C. Case No. 13-mc-00712, ECF No. 71, slip op. at *15-*16 (Feb. 9, 2021).  In addition, in its *Matter of Leopold* ruling, the D.C. Circuit recognized that sealing – and thus, by extension, redactions could continue to be appropriate to "protect . . . law enforcement interests."  964 F.3d at 1133.

As these documents are hereby filed on the unsealed docket created for purposes of filings pursuant to *Leopold*, the attached redacted documents are now available to the public.

Respectfully submitted,

VAUGHN A. ARY
DIRECTOR
OFFICE OF INTERNATIONAL AFFAIRS
OK Bar Number 12199

By: _____
Michael Lyness
NJ Bar Number 908452012
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W., Suite 300
Washington, D.C.  20530
(202) 616-2999 telephone
(202) 514-0080 facsimile
Michael.Lyness@usdoj.gov

3

# ATTACHMENT

# A

*Redacted Docket Materials*

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION ASSOCIATED WITH the ███████████
███████████████████████████████████████

THAT ARE STORED AT PREMISES CONTROLLED BY
███████████████████

Case: 1:18-sc-00784
Assigned To : Magistrate Judge Meriweather, Robin M.
Assign. Date : 3/22/2018
Description: Search Warrant

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
computer servers and records of ████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████ and
located in the _____ ████████████████████████████████████████ , there is now concealed *(identify the person or describe the property to be seized):*
certain property, the disclosure of which is governed by Title 18, U.S.C. Sections 2701 through 2711, namely contents of electronic e-mails and other electronic data more fully described in ATTACHMENT B to this document.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | As set forth in the annex describing the Relevant Provisions of ████████████████████ |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set ███████████████████████████████
██████████████████████████████████████████████

*Printed name and title*

Sworn to before me and signed in my presence.

Date:     03/22/2018

*Judge's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



IN THE MATTER OF THE
SEARCH OF INFORMATION
ASSOCIATED    WITH    the



THAT ARE STORED AT PREMISES
CONTROLLED BY

Case: 1:18-sc-00784
Assigned To : Magistrate Judge Meriweather, Robin M.
Assign. Date : 3/22/2018
Description: Search Warrant

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, _____ being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of an application for a search warrant for information associated with a certain _____ that is stored at premises owned, maintained, controlled, or operated by _____ a _____ company headquartered in _____ The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A), and 3512(a), to require _____ to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the

information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2.      The information requested in this search warrant is being sought pursuant to a request for assistance ("Request") from ███████████████████████ ████████ transmitted to Washington, D.C. on or before ███████████████████ ████████████ are conducting a criminal investigation concerning violations of the criminal code of ████████████████████████████████████████████ ████████████ A copy of the applicable law is appended to this affidavit. This Request is made

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

3.      I am a Special Agent with the Federal Bureau of Investigation and have been since ████████ I am currently assigned to ███████████████████████ ████████ My current duties include responding to requests from foreign governments pursuant to Mutual Legal Assistance Treaties, including serving as the affiant on search warrant affidavits, serving search warrants, and reviewing the data received for relevance in compliance with the parameters of the search warrants. My past assignments included conducting investigations related to ██████████████████████████████ I served in ███████████████

████████████████████████████████████████████████

2

████████ in addition to conducting ████████████████████████ investigations. I also served as ████████████████████████████████████████████ I have extensive experience in the execution of search warrants and the analysis of collected evidence.

4.      The facts set forth in this affidavit are based upon information conveyed to the United States via a request made ████████████████ by ████████████████████ and upon my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of the criminal code of ████████████ have been committed by the targets and unknown person(s) using the following ████████ accounts:

████████████████████████████████████████████████████████

████████████████████████████████████

6.      There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

<u>**JURISDICTION**</u>

7.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court "is acting on a request for foreign assistance pursuant to [18 U.S.C.] section 3512 . . . ." 18 U.S.C. § 2711(3)(A)(iii); *see also* 18 U.S.C. § 3512(a)(2)(B) (court may issue "a warrant or order for contents of stored wire or electronic communications or for records related thereto, as provided under section 2703"), § 3512(c)(3) ("application for execution

3

of a request from a foreign authority under this section may be filed . . . in the District of Columbia").

8.      This application to execute ▮▮▮▮▮▮▮▮ request has been approved and duly authorized by an appropriate official of the Department of Justice, through the Office of International Affairs ("OIA").[1]  *See* 18 U.S.C. § 3512(a).  An OIA attorney has reviewed the request, as well as the supplemental information provided by ▮▮▮▮▮▮▮▮ confirmed that it was submitted by ▮▮▮▮▮▮▮▮ in connection with a criminal investigation and/or prosecution, and authorized the undersigned to file this application with the assistance of the U.S. Attorney's Office in the District of Columbia.

## PROBABLE CAUSE

9.      According to ▮▮▮▮▮▮▮▮ the target of the investigation, identified as ▮▮▮▮ born ▮▮▮▮ in ▮▮▮▮ used a ▮▮▮▮ account to communicate with two minor children, ▮▮▮▮ and ▮▮▮▮ both born ▮▮▮▮ The communications were traced to ▮▮▮▮ through at least, ▮▮▮▮ In a communication, the target, later identified as ▮▮▮▮ reported to ▮▮▮▮ then aged ▮▮ that he had naked pictures of ▮▮▮▮ and that unless ▮▮ sent additional photos of ▮▮▮▮ he would publish the photos that he already did have of ▮▮▮▮ to their ▮▮ and on the Internet.

---

[1] The Attorney General, through statutes and regulations, has delegated to the Office of International Affairs the authority to serve as the "Central Authority" or "Competent Authority" under treaties and executive agreements between the United States and other countries pertaining to mutual assistance in criminal matters. *See* 28 C.F.R. §§ 0.64-1, 0.64-4, and Appendix to Subpart K, Directive Nos. 81A and 81B (2013).

10. ▮▮▮▮▮ took photos of ▮▮▮▮ and transmitted them to the ▮▮ of ▮▮▮▮▮▮ in accordance with the demands. The target, using the ▮▮▮▮▮▮ received the photos but made demands that ▮▮ send additional photos. If ▮▮ refused, the target threatened to publish the photos that he did have to ▮▮ friends and make them publicly available on the internet. In hopes that he would leave ▮▮ alone, ▮▮ sent an additional photo or photos, but the target kept increasing his demands for more photos accompanied with the threat to publish all the photos if ▮▮▮▮ did not comply with his demands.

11. In ▮▮▮▮ law enforcement received information about this exchange of child pornography from ▮▮▮▮ through the American National Center for Missing and Exploited Children. ▮▮▮▮ eventually blocked the accounts used to convey the offensive and illegal images, but preserved the content for law enforcement purposes. ▮▮▮▮ utilized a ▮▮ account ▮▮▮▮ and police of ▮▮▮▮ spoke with ▮▮▮▮ and ▮▮▮▮ located in ▮▮▮▮ of ▮▮▮▮ admitted to using the ▮▮▮▮ and reported that ▮▮ had provided a fictional year of birth of ▮▮ to establish the ▮▮ account. ▮▮▮▮ identified as ▮▮▮▮ explained that they were being blackmailed by another for additional pornographic pictures. ▮▮▮▮ explained that ▮▮▮▮ had taken pornographic pictures of themselves and sent them to a ▮▮ whose ▮▮▮▮ in the ▮▮▮▮ used a fictitious ▮▮▮▮ to send the photos to ▮▮ who ▮▮ learned then sent the photos to ▮▮▮▮ knew ▮▮▮▮ and knew that he was a boy who had first attempted to blackmail ▮▮▮▮ for additional photos. ▮▮▮▮



using the ▮▮▮▮▮▮▮▮ stated in a ▮▮▮▮ conversation ▮▮▮▮ accounts ▮▮▮▮▮▮▮▮▮▮ to ▮▮▮▮▮▮ that he wanted more photos. He accompanied his demands with the threat that he would publish the photos that he had to their friends and on the Internet if ▮▮ did not comply. ▮▮▮▮▮▮▮▮ in a ▮▮▮▮ communication, learned that the person threatening ▮▮ on the ▮▮▮▮▮▮▮▮ was ▮▮▮▮▮▮ because he admitted as much to ▮▮ in a ▮▮▮▮ email exchange. ▮▮ then blocked his ▮▮ in hopes that the blackmail threats would stop.

12.  ▮▮▮▮▮▮▮▮ was receiving the same demands for additional pornographic photos accompanied by the threat of publication to friends and internet if ▮▮ did not comply. This blackmail also came from the ▮▮▮▮ of ▮▮▮▮▮▮▮▮ blocked the ▮▮▮▮ Then ▮▮ received the same demands and same threats of publication from the ▮▮▮▮ ▮▮▮▮ The communication from ▮▮▮▮ wanted the same photos ▮▮ had sent to ▮▮▮▮ who had sent them to ▮▮▮▮ So ▮▮▮▮ assumed that the blackmail communications were coming from the same person. ▮▮▮▮ sent additional pornographic photos because the communication also threatened to disable ▮▮ mobile phone with a virus/malware if ▮▮ did not comply. In ▮▮▮▮ and communications ▮▮ claimed ▮▮ age was ▮▮ although ▮▮▮▮ claimed an age of ▮▮▮▮

13.    Meanwhile, the ▮▮▮ of the ▮▮▮ victims, named ▮▮▮▮▮ ▮▮▮▮▮ but who had the same first name of one of ▮▮▮▮ learned that someone or some people were trying to get naked photos of ▮▮▮▮ learned this because a person named ▮▮▮▮ who knew ▮▮▮ received a photo from ▮▮▮ who claimed he got the photos from another who used the ▮▮▮▮▮▮ confirmed to the police that ▮ got the photo from ▮▮▮ and ▮▮ informed the ▮▮ ▮▮▮ that ▮▮▮▮▮ was the subject of a naked photo or photos sent over ▮▮▮ reported the event and told the sender that ▮ did not want to receive any similar photos from ▮▮ or others.

14.    Law enforcement of ▮▮▮ learned from ▮▮ that the ▮▮ ▮ of ▮▮ and ▮▮▮ use the same ▮▮▮▮ The IP address of ▮▮ is identical with the IP address of ▮▮▮ which implies that the two are aliases as they are using the same computer. Both accounts list the same date of birth of the subscriber: ▮▮ This is the date of birth of ▮▮▮ ▮ lives at ▮▮▮ which corresponds as the address listed by the subscribers in the two ▮▮ accounts for ▮▮ and ▮▮▮ The phone number of each ▮▮▮ is registered to a company named ▮▮ ▮ where ▮▮▮ work. When confronted by police about the allegations of blackmailing and transmitting child pornographic photos, ▮▮▮ exercised his right not to provide an explanation to ▮▮ law enforcement officials.

7

15.    On ████████████ law enforcement executed search warrants at the home of ████████ and at the address of ████████████ They seized multiple electronic devices. At the time the Mutual Legal Assistant Treaty request was made, the computer analysis of the USB flash drives and computer notebooks had not been completed. Preliminary reports are however, that the photos of ████████████████████ appear to have been found, but forensic analysis is not yet complete and at this time, and we have no information as to whether or not the two victims have identified the photos recovered.

16.    ████████████ reported to police that ██ used the ████████████ account of ████████████ below. There is evidence that the following ████████████ accounts were used by or linked to ████████████

████████████ This user provided to ████████ his date of birth ████████████ and phone number ████████ The IP address of the user ████████ is identical with the IP address of the account ████████████ The user in both cases used the same email address ████████ The user most likely used other ████████████ with names. ████████████ reported to police that ██ used the ████████████ account of ████████ below.

The same user most likely used other ████████████

- ████████████ This user logged in on ████████ at ████████████ from the same IP address as ████████ on ████████████████ The user ████████████ was supposed to send illegal photos to the user ████ and on ████ to user ████████ on ████ on ████████████ the user ████████ on ████ on ████████ on ████████ he was in contact with the user ████████

- ████████████ In this ████████ the e-mail address ████████████ was used. Further, the user logged on ████ from the same IP address as ████████ on ████ User ████ was supposed to share illegal photos and videos with the user ████████ on ████████ ████████ and ████████ and with ████████ on

8

██████████ and ██████████ on ██████████

- ██████████ This user logged in on ██████████ at ██████████ from the same IP address as ██████████ on ██████████

17.    All the above mentioned information concerning the time of logging in, communication and data given for account opening was obtained from the report of the National Center for Missing & Exploited Children. Information about the relations between the above accounts and the account ██████████ are found in the same report, Report ██████████ derived from ██████████ These ██████████ are as follows:

- ██████████████████████████████████
- ██████████████████████████████████ ██████████
- ██████████████████████████████████ ██████████
- ██████████████████████████████████
- ██████████████████████████████████
- ██████████████████████████████████ ██████████

18.    ██████████████████████ now seek subscriber, transactional information, and content from the ██████████ Accounts to identify the individual or individuals behind the account, to identify additional victims, if any.

9

19.    To summarize, the probable cause to search each ▮▮▮ account or ▮▮▮ is as follows:



- ▮▮▮ is the victim's account at which ▮▮▮ received the threats and extortion demands to produce child pornography of ▮▮▮ ▮▮▮

- ▮▮▮ is an account from which threats and extortion demands to produce child pornography were sent to ▮▮▮

- ▮▮▮ is an account from which threats and extortion demands to produce child pornography were sent to the victims, and which received some of the child pornography so created;

- ▮▮▮

- ▮▮▮ and

- ▮▮▮

**Relevant Operation Aspects of** ████████

19.   ████████ owns and operates ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

20.   ████████ asks users to provide basic contact and personal identifying information to ████████ either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, ████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

21.   ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

22. ███████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████

23. ███████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████

24.

25.

26.

27.

28.

29.

30.

31.

32.

33.

34.

35. ██████████ providers like ████████ typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).   In some cases, ████████ users may communicate directly with ████████ about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. ██████████ providers like ████████ typically retain records about such communications, including records of contacts

between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

36.    As explained herein, information stored in connection with a ▇▇▇▇ account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the law enforcement to establish and prove each element or alternatively, to exclude the innocent from further suspicion. From my training, experience, and investigation, I know that a ▇▇▇▇▇▇ IP log, stored electronic communications, and other data retained by ▇▇▇▇ can indicate who has used or controlled the ▇▇▇▇ account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, ▇▇▇▇ ▇▇▇▇▇▇▇▇ (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the ▇▇▇▇ account at a relevant time. Further, ▇▇▇▇ account activity can show how and when the account was accessed or used. For example, as described herein, ▇▇▇▇ logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of ▇▇▇▇ access, use, and events relating to the crime under investigation. ▇▇▇▇

▇▇▇▇

▇▇▇▇ This geographic and timeline information may tend to either inculpate or exculpate the ▇▇▇▇ account owner. Finally, ▇▇▇▇ account activity may provide relevant insight into

the ▇▇▇ account owner's state of mind as it relates to the offense under investigation. For example, information on the ▇▇▇ account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

37.    Therefore, the computers of ▇▇▇ are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of ▇▇▇ such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

38.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require ▇▇▇ to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

17

## CONCLUSION

39.    Based on the forgoing, I request that the Court issue the proposed search warrant. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. Because the warrant will be served on ███████ who will then compile the requested records and information at a time convenient to it, there exists cause to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

███████████████████████████

MAR 22 2018

Federal Bureau of Investigation

Subscribed and sworn to before me on _____, 2018

UNITED STATES MAGISTRATE JUDGE

18

**Relevant Provisions**







AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

In the Matter of the Search of

*(Briefly describe the property to be searched*
*or identify the person by name and address)*

INFORMATION ASSOCIATED WITH the ███████████

████████████████████████

THAT ARE STORED AT PREMISES CONTROLLED BY

████████████████

Case: 1:18-sc-00784
Assigned To : Magistrate Judge Meriweather, Robin M.
Assign. Date : 3/22/2018
Description: Search Warrant

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the ████████████████████████

*(identify the person or describe the property to be searched and give its location)*:

computer servers and records of ████████████ located at ████████████████████, for information
associated with account ████████████████

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18, U.S.C. Sections 2701 through 2711, namely contents of
electronic e-mails and other electronic data more fully described in ATTACHMENT B to this document.

**YOU ARE COMMANDED** to execute this warrant on or before          April 5, 2018          *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to     Robin M. Meriweather, U.S. Magistrate Judge     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*:
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued:     03/22/2018 0:00 am @3:30pm

Judge's signature

City and state:     Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with the ████████████████████



████████████████████ preservation reference numbers

that are stored at premises owned, maintained, controlled, or operated by ██████████ a

company headquartered in ██████████████████

23

## ATTACHMENT B

### Particular Things to be Seized and Procedures
### to Facilitate Execution of the Warrant

I.    **Information to be disclosed by** ▮▮▮▮▮

To the extent that the information described in Attachment A is within the possession, custody, or control of ▮▮▮▮▮▮▮ including any messages, records, files, logs, or information that have been deleted but are still available to ▮▮▮▮ or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), ▮▮▮▮ required to disclose the following information to the government for the ▮▮▮▮▮▮▮ listed in Attachment A and for the time period of ▮▮▮▮ to ▮▮▮▮

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, ▮▮▮▮ ▮▮▮▮▮▮▮▮ physical address (including city, state, and zip code), telephone numbers, ▮▮▮▮▮▮▮ ▮▮▮▮

(b)    ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

(c)    ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

24

(d)    All ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████

(e)    All other records of communications and messages made or received by the user, including ███████████████████████████████████

██████████████████

(f)    All ████████████████████████████

(g)    All IP logs, including all records of the IP addresses that logged into the account;

(h)    All records of ███████████████████████████████████

███████████████████████████████████

(i)    All information about ███████████████████████████

(j)    All past and present ████████████ created by the account;

(k)    All records of █████████████████████████

(l)    All information about ██████████████████████

(m)    The types of service utilized by the user;

(n)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)

(p)  All records pertaining to communications between ▆▆▆▆ and any person regarding the user or the user's ▆▆▆▆ account, including contacts with support services and records of actions taken.

The Provider shall deliver the information set forth above via United States mail or courier to: ▆▆▆▆ Federal Bureau of Investigation, J. Edgar Hoover Building, ▆▆▆▆ ▆▆▆▆ 935 Pennsylvania Ave. NW, Washington, D.C. 20535-0001.

**Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of the criminal code of ▆▆▆▆ ▆▆▆▆ including, for 4account listed on Attachment A ("Account"), information pertaining to the following matters:

(a) ▆▆▆▆ or communications of any kind between the Account and the Victim, or to or from the Account containing the Victim's name, or regarding the request for funds, the receipt of funds, or the promise to deliver a parcel.

(b) Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

(c) Evidence indicating the Account owner's state of mind as it relates to the criminal activity under investigation;

26

(d) The identity of the person(s) who created or used ███████ including records that

help reveal the whereabouts of such person(s);

(e) Identification of coconspirators, accomplices, and aiders and abettors in the

commission of the above offenses; and

(f) Identification of additional victims.

## II.    Government procedures for warrant execution

The United States government will conduct a search of the information produced by the Provider and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States and shared with appropriate foreign authorities.

Law enforcement personnel will then seal any information from the Provider that does not fall within the scope of Section II and will not further review the information absent an order of the Court.