**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>In Re Redacted Stored Communications Act, 18 U.S.C. § 2703(a), (c) & (d), Documents Pursuant to Standing Order No. 22-05 (BAH)</td><td>**Case No. 25-sc-9999**</td></tr>
</table>

**NOTICE OF FILING REDACTED DOCUMENTS IN RELATION TO 18-sc-00979 UPON CLOSE OF INVESTIGATION**

Pursuant to *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, and Standing Order No. 22-05 (BAH), the government provides this Notice of Filing on the unsealed docket of the attached (see Attachment A) "Redacted Docket Materials," in 18-sc-00979, which consist of redacted versions of the following original docket entries:

- Signed Application for Warrant Pursuant to 18 U.S.C. §§ 2703 and 3512

- Signed Warrant

The items listed above constitute all the relevant documents to be unsealed upon the close of this investigation as set out in *Matter of Leopold*, D.D.C. Case No. 13-mc-00712.   In *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, the Court addressed unsealing of several categories of sealed legal process related to closed investigations: "applications for warrants issued pursuant to the Stored Communications Act ('SCA'), 18 U.S.C. § 2703(a), SCA § 2703(d) orders, pen registers and trap and trace ('PR/TT') devices, *see id.* § 3123, and foreign requests for use of these investigative authorities, pursuant to Mutual Legal Assistance Treaties ('MLATs'), *see id.* § 3512(a)(2)(B)–(C), once those matters are closed."   2020 WL 7481037, ECF 69 at *1 (Dec. 17, 2020).   The Court noted that such unsealing could be accomplished by "fil[ing] redacted versions of any documents . . . on a given docket, and then . . . fil[ing] a motion to unseal the case docket

1

indicating the matter is closed and identifying, by filed document number, the unredacted versions of the government-redacted documents to remain under seal." *Id*. at *3; *see also id*. at *5 (contemplating a government "motion to unseal, indicating that a case is closed and signaling to the Clerk's Office to unseal the case," which motion will "identify each docket entry, *i.e.*, ECF number" to be unsealed, and which should remain sealed).[1]

---

[1] In connection with such unsealing, the D.C. Circuit noted that "the government and court must be able to redact documents in order to protect privacy and law enforcement interests," *Matter of Leopold*, 964 F.3d 1121, 1133 (D.C. Cir. 2020). Specifically, the Court "ORDERED that the government redact the following information" from filings to be unsealed:

> (1) individuals' names, except for the name of a judicial officer who has issued an order;
> (2) dates of birth;
> (3) Social Security numbers;
> (4) financial account numbers;
> (5) telephone numbers;
> (6) street addresses;
> (7) email account addresses; and
> (8) any other information that directly or indirectly identifies the target of, or witness, investigator, informant, or other person of interest in, a criminal investigation, and regardless of whether the investigation ultimately resulted in criminal charges or a criminal conviction.

*See Matter of Leopold*, D.D.C. Case No. 13-mc-00712, ECF No. 71, slip op. at *15-*16 (Feb. 9, 2021). In addition, in its *Matter of Leopold* ruling, the D.C. Circuit recognized that sealing – and thus, by extension, redactions could continue to be appropriate to "protect . . . law enforcement interests." 964 F.3d at 1133.

As these documents are hereby filed on the unsealed docket created for purposes of filings pursuant to *Leopold*, the attached redacted documents are now available to the public.

Respectfully submitted,

VAUGHN A. ARY
DIRECTOR
OFFICE OF INTERNATIONAL AFFAIRS
OK Bar Number 12199

By: _____
Michael Lyness
NJ Bar Number 908452012
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W., Suite 300
Washington, D.C.   20530
(202) 616-2999 telephone
(202) 514-0080 facsimile
Michael.Lyness@usdoj.gov

3

# ATTACHMENT

# A

*Redacted Docket Materials*

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION ASSOCIATED WITH ████████

████████

████ STORED AT PREMISES

CONTROLLED BY ████████

)
)
)
)
)
)

Case No. 1:18-sc-979
Assigned To: Magistrate Deborah A. Robinson
Date Assigned: 04/03/2018
Description: Search and Seizure Warrant

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Application for a Search Warrant.

located in the ____████████____ , there is now concealed *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) and 3512(a) namely contents of electronic data more fully described in Attachment B incorporated herein and included as part of the attached Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description ████████ |
| --- | --- |
| | As set forth in the Annex describing the Relevant Provisions of ████████ |

The application is based on these facts:

See Attached Affidavit and its Attachments in Support of the Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is se ████████

████████

*Printed name and title*

Sworn to before me and signed in my presence.

Date: **APR 03 2018**

*Judge's signature*

City and state:  Washington, D.C.

Deborah A. Robinson, United States Magistrate Judge

*Printed name and title*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH**



**THAT IS STORED AT PREMISES CONTROLLED BY** ▮▮▮

Case No. 1:18-sc-979
Assigned To: Magistrate Deborah A. Robinson
Date Assigned: 04/03/2018
Description: Search and Seizure Warrant

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I ▮▮▮▮ being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain account that is stored at premises controlled by ▮▮▮▮ provider headquartered at ▮▮▮▮ The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A), and 3512(a), to require ▮▮▮ to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2.     The information requested in this search warrant is being sought pursuant to a request for assistance ("Request") from ███████████████████ ███████████████████ transmitted to the Department of Justice, Office of International Affairs, Washington, D.C., in ███████████████████ are conducting a fraud and money laundering investigation concerning violations of the criminal law of ███████████████████ A copy of the applicable laws is appended to this affidavit. The Request is made ███████

███████████████████

███████████████████

███████████████████

███████████████████

███████████████████

███████████████████

3.     I am a Special Agent with the Federal Bureau of Investigation, and have been since ███████ I am currently assigned to ███████████████████ ███████ My current duties include responding to requests from foreign governments pursuant to Mutual Legal Assistance Treaties, including serving as the affiant on search warrant affidavits, serving search warrants, and reviewing the data received for relevance in compliance with the parameters of the search warrants. My past assignments included conducting investigations related to ███████████████████ I served in the ███████

███████████████████

███████ in addition to conducting ███████████████████ investigations. I also

2

served as ████████████████████████████████████████████████ I have

extensive experience in the execution of search warrants and the analysis of collected evidence.

4. The facts set forth in this affidavit are based upon information conveyed to the United

States via a request made ██████████████ by ██████████████████ and upon my

training and experience. This affidavit is intended to show merely that there is sufficient probable

cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, there is

probable cause to believe that violations of the criminal law of ████████████ have been

committed by the unknown person(s) using ██████ accounts

████████████████████████

There is also probable cause to search the information described in Attachment A for evidence,

instrumentalities, contraband or fruits of these crimes further described in Attachment B.

## JURISDICTION

6. This Court has jurisdiction to issue the requested warrant because it is "a court of

competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(a), (b)(1)(A) &

(c)(1)(A). Specifically, the Court "is acting on a request for foreign assistance pursuant to [18

U.S.C.] section 3512 . . . ." 18 U.S.C. § 2711(3)(A)(iii); *see also* 18 U.S.C. §§ 3512(a)(2)(B)

(court may issue "a warrant or order for contents of stored wire or electronic communications or

for records related thereto, as provided under section 2703") and 3512(c)(3) ("application for

execution of a request from a foreign authority under this section may be filed . . . in the District of Columbia").

7.  This application to execute ███████████ request has been approved and duly authorized by an appropriate official of the Department of Justice, through the Office of International Affairs ("OIA").[1]  *See* 18 U.S.C. § 3512(a).  An OIA attorney has reviewed the request, as well as the supplemental information provided by ███████████ confirmed that it was submitted by ███████████ in connection with a criminal investigation and/or prosecution, and authorized the undersigned to file this application with the assistance of the U.S. Attorney's Office in the District of Columbia.

## PROBABLE CAUSE

8.  According to law enforcement ████████████████ on or before ██████



████ a person or persons opened and created ████ accounts hosted by the electronic service provider known as ███████████ The person or persons with the fraudulent intent sent ████ to a customer of a company called ███████████ in ██████ which mimicked ████ used by real members of the company called ████ The false and fraudulent email directed a customer of ████ named ███████████ of ████████████████ who had ordered an expensive ██████ from ████ to send payment to a new bank account in ███████████ which was not an account of ████ As a result of the false ███████ lost ██████ and the ████ was defrauded of payment of the same amount, ███████████

---

[1] The Attorney General, through statutes and regulations, has delegated to the Office of International Affairs the authority to serve as the "Central Authority" or "Competent Authority" under treaties and executive agreements between the United States and other countries pertaining to mutual assistance in criminal matters. *See* 28 C.F.R. §§ 0.64-1, 0.64-4, and Appendix to Subpart K, Directive Nos. 81A and 81B (2013).

9.    ██████ is a company doing business in ████████████ by manufacturing ██████ ████████████████████████ One of its customers, ██████████ ordered a ██████████ from ██████ They owed a balance of ██████████ to ██████ One of ██████ employees, ██████████ was involved in billing invoices and collecting payment for ██████████ sold by ██████ She used an official ████████████████████████████████ to communicate with customers, and did so with ██████████ Investigation revealed that between ██████████ through ██████████ a person or persons, intervened in ██████ business transactions with ██████████ and other customers by creating ██████ that appeared similar to legitimate ██████ used by ██████ employees and ██████ customers in an effort to divert payments for ██████████ supplied by ██████ The ██████ directed payments to an illegitimate bank account in ████████████ that is a bank account not used by ██████ Specifically, on ██████████ the person or persons with the fraudulent intent sent ██████████ to ██████████ directing them to pay the amount owing for a ██████████ to a new bank account, purportedly used by ██████ The false ██████ was sent using the ██████ of ████████████████████████ of the ██████ was designed to look very similar to the legitimate ████████████████████████ the illegitimate ██████████ appeared genuine because it imported actual transaction information between ██████ and ██████████ Further, in an effort to make the diversion of the payment to an illegitimate bank account in ██████████████ the perpetrator of this fraud scheme sent copies of ██████ messages to other officials of ██████ and customers to make the diversion of the payment to the new bank account look all the more normal and hence convincing. Each of these other ██████ contained the legitimate ██████████ but the illegitimate ██████ were created and hosted on ██████████ Each of the illegitimate ██████ modified the rest of the ██████████ with the appendix

5

█████████ These false ████ were sent between ██████ and ████████ and involved the following false ████ accounts used to perpetrate this fraud scheme:



Since the ███ legitimate ████ reference the ███████████ of genuine participants, whoever perpetrated the fraud scheme appears to have had access to the genuine transaction information as well as knowledge of the genuine ████ accounts of those involved. That information and that knowledge helped them to create new ████ accounts at ███████████ and exploit the similarity of the ████ accounts to lend credibility to the actual false ████ diverting payment of █████████

10. ███████████ law enforcement officials received a complaint from ███████████ the executive director of ████ that ████ never changed their bank account to a bank in ███████ ███████ and that the above ████ with █████████ appended were not the true ████ of the employees and participants involved in the ███████████ transaction. He explained that the scheme succeeded as long as it did because all the ████ accounts, at a glance, purported to be the genuine participants, but in fact, the above ████ were false accounts and all the false ████ had the appendix ███████████████ employees were duped into believing that ████ had changed banks and, as a consequence, they sent payment to that false bank account, in belief that they were paying the invoice sent to them by ████

11. Law enforcement officials in ███████████ ascertained that the ███████████ provider for the false ████ accounts was and is ███████████████ The service

6

provider honored a preservation order ████████████ awaiting further legal process to obtain content and subscriber information related to the fraudulent ████ accounts.

### .BACKGROUND CONCERNING ████████

12. ████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the accounts' user or users.

13. In my training and experience, I have learned that ████ providers generally ask their subscribers to provide certain personal identifying information when registering for an ████ account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, ████████████████ and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and experience, I know that even if subscribers insert false information to conceal their identity, I know that this information often nevertheless provides clues to their identity, location, or illicit activities.

7

14. In my training and experience, ▌▌ providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (*i.e.*, session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, ▌▌ providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular log-ins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the ▌▌ account.

15. In my training and experience, in some cases, ▌▌ account users will communicate directly with an ▌▌ service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. ▌▌ providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

16. As explained herein, information stored in connection with an ▌▌ account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the investigating officials to establish and prove each offense-element, or, alternatively, to exclude the innocent from further suspicion. From my training and

8

experience, I know that the information stored in connection with an ███ account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, ███

████████████████████████████████████████████████

███████████ may indicate who used or controlled the account at a relevant time. Further, information maintained by the ███ provider can show how and when the account was accessed or used. For example, ███ providers typically log the IP addresses from which users access the ███ account along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the ███ account access and use relating to the criminal activity under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time ████████████████████

███████████ Finally, stored electronic data may provide relevant insight into the ███ account owner's state of mind as it relates to the offense under investigation. For example, information in the ███ account may indicate the owner's motive and intent to commit a crime (*e.g.*, communications relating to the crime), or consciousness of guilt (*e.g.*, deleting communications in an effort to conceal them from law enforcement).

9

## CONCLUSION

17. Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on ████████████████ who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

████████████████████████████████████

APR 03 2018

Subscribed and sworn to before me on _____, 2018

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

10

## Annex

Relevant Provision





AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH ████ ACCOUNTS<br>████████████████████████<br>STORED AT PREMISES<br>CONTROLLED BY ████ | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:18-sc-979<br>Assigned To: Magistrate Deborah A. Robinson<br>Date Assigned: 04/03/2018<br>Description: Search and Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ████████████████████████
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A) and 3512(a) namely contents of electronic data more fully described in Attachment B incorporated herein and included as part of the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before *April 17, 2018* *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Magistrate Judge Deborah A. Robinson     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    APR 03 2018 2:52 PM     _____
*Judge's signature*

City and state:     Washington, D.C.     Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with



that is stored at premises controlled by ████████████ a company that accepts service

of legal process at ████████████████████████

1

## ATTACHMENT B

### Particular Things to be Seized and Procedures
### to Facilitate Execution of the Warrant

I.      **Information to be disclosed by** ████████████████ **(the "Provider") to facilitate execution of the warrant**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any ████████████████ or information that has been deleted but is still available to the Provider, or has been preserved, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A ("the Account"):

    a.      The contents of all ████████████████████████████████ dating from when the account was opened, to and including ██████████ including ████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

    b.      All records or other information regarding the identification of the Account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the Account was created, the length of service, the IP address used to register the Account, log-in IP addresses associated with session times and dates, account status, ████████████████ provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.    The types of service utilized;

d.    All records or other information dating from the opening of each account, to and including ███████████ including ██████████████████████████████████████████ ███████████

e.    All records pertaining to communications between the Provider and any person regarding the Account, including contacts with support services and records of actions taken.

f.    Notification as to whether the user of the ██████ account has also registered the use of other services with the provider;

g.    Information about payments for services including bank account numbers, credit card numbers used to pay for services and any invoice data related to each account.

The Provider shall deliver the information set forth above via United States mail or courier to: ██████████ Federal Bureau of Investigation, J. Edgar Hoover Building, ██████████████████ ██████ 935 Pennsylvania Ave., NW, Washington D.C. 20535-0001.

2

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of criminal laws of ██████████████████████████ ████████████████████████████████████ including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) ████████████████████████████████████ or communications of any kind between the Account and the Victim, or to or from the Account containing the Victim's name, or regarding the request for funds, the receipt of funds, or the promise to repay funds.

(b) Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

(c) Evidence indicating the Account owner's state of mind as it relates to the criminal activity under investigation;

(d) The identity of the person(s) who created or used the ██████ including records that help reveal the whereabouts of such person(s); and

(e) Identification of coconspirators, accomplices, and aiders and abettors in the commission of the above offenses.

3

### III.    Government procedures for warrant execution

The United States government will conduct a search of the information produced by the Provider and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States and shared with appropriate foreign authorities.

Law enforcement personnel will then seal any information from the Provider that does not fall within the scope of Section II and will not further review the information absent an order of the Court.