**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re Redacted Stored Communications Act, 18 U.S.C. § 2703(a), (c) & (d), Documents Pursuant to Standing Order No. 22-05 (BAH) | **Case No. 25-sc-9999** |

## <u>NOTICE OF FILING REDACTED DOCUMENTS IN RELATION TO 18-sc-01826 UPON CLOSE OF INVESTIGATION</u>

Pursuant to *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, and Standing Order No. 22-05 (BAH), the government provides this Notice of Filing on the unsealed docket of the attached (see Attachment A) "Redacted Docket Materials," in 18-sc-01826, which consist of redacted versions of the following original docket entries:

- Signed Application for Warrant Pursuant to 18 U.S.C. §§ 2703 and 3512

- Signed Warrant

The items listed above constitute all the relevant documents to be unsealed upon the close of this investigation as set out in *Matter of Leopold*, D.D.C. Case No. 13-mc-00712. In *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, the Court addressed unsealing of several categories of sealed legal process related to closed investigations: "applications for warrants issued pursuant to the Stored Communications Act ('SCA'), 18 U.S.C. § 2703(a), SCA § 2703(d) orders, pen registers and trap and trace ('PR/TT') devices, *see id.* § 3123, and foreign requests for use of these investigative authorities, pursuant to Mutual Legal Assistance Treaties ('MLATs'), *see id.* § 3512(a)(2)(B)–(C), once those matters are closed." 2020 WL 7481037, ECF 69 at *1 (Dec. 17, 2020). The Court noted that such unsealing could be accomplished by "fil[ing] redacted versions of any documents . . . on a given docket, and then . . . fil[ing] a motion to unseal the case docket

1

indicating the matter is closed and identifying, by filed document number, the unredacted versions

of the government-redacted documents to remain under seal."   *Id*. at \*3; *see also id*. at \*5

(contemplating a government "motion to unseal, indicating that a case is closed and signaling to

the Clerk's Office to unseal the case," which motion will "identify each docket entry, *i.e.*, ECF

number" to be unsealed, and which should remain sealed).[1]

---

[1] In connection with such unsealing, the D.C. Circuit noted that "the government and court must be able to redact documents in order to protect privacy and law enforcement interests," *Matter of Leopold*, 964 F.3d 1121, 1133 (D.C. Cir. 2020).   Specifically, the Court "ORDERED that the government redact the following information" from filings to be unsealed:

> (1) individuals' names, except for the name of a judicial officer who has issued an order;
> (2) dates of birth;
> (3) Social Security numbers;
> (4) financial account numbers;
> (5) telephone numbers;
> (6) street addresses;
> (7) email account addresses; and
> (8) any other information that directly or indirectly identifies the target of, or witness, investigator, informant, or other person of interest in, a criminal investigation, and regardless of whether the investigation ultimately resulted in criminal charges or a criminal conviction.

*See Matter of Leopold*, D.D.C. Case No. 13-mc-00712, ECF No. 71, slip op. at \*15-\*16 (Feb. 9, 2021).   In addition, in its *Matter of Leopold* ruling, the D.C. Circuit recognized that sealing – and thus, by extension, redactions could continue to be appropriate to "protect . . . law enforcement interests."   964 F.3d at 1133.

As these documents are hereby filed on the unsealed docket created for purposes of filings pursuant to *Leopold*, the attached redacted documents are now available to the public.

Respectfully submitted,

VAUGHN A. ARY
DIRECTOR
OFFICE OF INTERNATIONAL AFFAIRS
OK Bar Number 12199

By: _____

Michael Lyness
NJ Bar Number 908452012
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W., Suite 300
Washington, D.C.   20530
(202) 616-2999 telephone
(202) 514-0080 facsimile
Michael.Lyness@usdoj.gov

3

# ATTACHMENT

# A

*Redacted Docket Materials*

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION ASSOCIATED WITH ██████████

██████████ THAT IS STORED AT

PREMISES CONTROLLED BY ██████████

)
)
)
)
)
)
)

Case No: 1:18-sc-01826
Assigned To: Magistrate Judge G. Michael Harvey
Date Assigned: 5/24/2018
Description: Search and Seizure Warrant

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Application for a Search Warrant.

located in the ███████████████████████ , there is now concealed *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) and 3512(a) namely contents of electronic data more fully described in Attachment B incorporated herein and included as part of the attached Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description ██████████████ |
| --- | --- |
| | As set forth in the Annex describing the Relevant Provisions of ██████████ |

The application is based on these facts:

See Attached Affidavit and its Attachments in Support of the Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set fort██████████████████

██████████████

*Printed name and title*

Sworn to before me and signed in my presence.

Date: MAY 24 2018

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH ██

██████████████

THAT IS STORED AT PREMISES
CONTROLLED BY ██████████

Case No: 1:18-sc-01826
Assigned To: Magistrate Judge G. Michael Harvey
Date Assigned: 5/24/2018
Description: Search and Seizure Warrant

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, ███████████ being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain account that is stored at premises controlled by █████████ ████████████ headquartered at ███████████ The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A), and 3512(a) to require ██████████ to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since ██ I am currently assigned to ████████████████

▓▓▓▓▓▓▓▓▓▓ in Washington, D.C. My current duties include responding to requests from foreign governments pursuant to mutual legal assistance treaties, including serving as the affiant on search warrant affidavits, serving search warrants, and reviewing the data received in response thereto for relevance in compliance with the parameters of the search warrants.

3. During my employment with the FBI, I have conducted investigations related to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ I have also worked on numerous criminal and ▓▓▓▓▓▓▓▓▓ investigations. I have experience in the execution of search warrants and the analysis of collected evidence. Additionally, I have received training in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I have been trained by the FBI as ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4. The information requested in this search warrant is being sought pursuant to a request for assistance ("Request") from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ transmitted to Washington, D.C. on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ are conducting a fraud investigation concerning violations of ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ A copy of the applicable law is appended to this affidavit. This Request is made ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓

5.      The facts set forth in this affidavit are based upon information conveyed to the United States via a request made ███████████████ by ███████████████ and upon my training and experience.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of the criminal law of ███████████████ have been committed involving ███████████████████████ There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

## JURISDICTION

7.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court "is acting on a request for foreign assistance pursuant to [18 U.S.C.] section 3512 . . . ." 18 U.S.C. § 2711(3)(A)(iii); see also 18 U.S.C. § 3512(a)(2)(B) (court may issue "a warrant or order for contents of stored wire or electronic communications or for records related thereto, as provided under section 2703"), § 3512(c)(3) ("application for execution of a request from a foreign authority under this section may be filed . . . in the District of Columbia").

8.      This application to execute ███████████████ request has been approved and duly authorized by an appropriate official of the Department of Justice, through the Office of

International Affairs ("OIA").[1]   *See* 18 U.S.C. § 3512(a).   An OIA attorney has reviewed the request, as well as the supplemental information provided by ██████████████ confirmed that it was submitted by ████████████████████ in connection with a criminal investigation and/or prosecution, and authorized the undersigned to file this application with the assistance of the U.S. Attorney's Office in the District of Columbia.

## PROBABLE CAUSE



9.   ████████████████████████ are investigating allegations that, an unknown offender allegedly committed the criminal offence of fraud on an unsuspecting victim attempting to purchase ████████ via the internet.   During the period between ████████████ and ████████ ████████ an unknown offender offered ████████████████████████ for sale at ████████████████████████████ for ████████████ The unknown offender communicated with the injured party, ████████████ via the email address ████████████████ and the mobile phone number ████████████

10.   The unknown offender first emailed the injured party, ████████████████ ████████████████████████ which investigators believe was to give the injured party the impression that the money would first be deposited in the ████ deposit account in accordance with the company's terms and conditions of trade on ████████ Subsequently, the unknown offender emailed the injured party ████████████████ ████████████████████████ which linked to what was learned by investigators to be ████████████ simulating an ████ auction.

---

[1] The Attorney General, through statutes and regulations, has delegated to the Office of International Affairs the authority to serve as the "Central Authority" or "Competent Authority" under treaties and executive agreements between the United States and other countries pertaining to mutual assistance in criminal matters. *See* 28 C.F.R. §§ 0.64-1, 0.64-4, and Appendix to Subpart K, Directive Nos. 81A and 81B (2013).

11. An investigation using publicly accessible internet sources ascertained on ▮▮▮▮▮ that ▮▮▮▮▮ did not belong to ▮▮▮ operated by ▮▮▮ since ▮▮▮ for ▮▮▮ is ▮▮▮ The ▮▮▮ refers to ▮▮▮ as the country of origin. A search was conducted on the publicly accessible source ▮▮▮ according to which the above ▮▮▮ with ▮▮▮ belongs to a ▮▮▮ and is held by ▮▮▮ from ▮▮▮ It was ascertained upon examination of ▮▮▮ that there was no auction or similar content at this ▮▮▮ Examination of ▮▮▮ and ▮▮▮ revealed that the format of ▮▮▮ sent by the unknown offender was completely different to ▮▮▮ generated when linking to certain goods on ▮▮▮ At present, ▮▮▮ randomly redirects users to various phishing websites. There are no references to any ▮▮▮ auctions. Based on the instructions received from the unknown offender, the injured party subsequently pressed the ▮▮▮ button displayed on ▮▮▮ The injured party was redirected to ▮▮▮ which listed the payment details. ▮▮▮ is controlled by ▮▮▮

12. On ▮▮▮ the injured party transferred funds in the amount of ▮▮▮ to account ▮▮▮ held with the ▮▮▮ bank ▮▮▮ The injured party informed the unknown offender that the money had been transferred. The unknown offender first offered to meet the injured party on ▮▮▮ in ▮▮▮ This meeting did not take place, since the unknown offender/purported ▮▮▮ owner ceased to communicate with the

injured party and ▮▮▮▮▮▮▮ and did not return their phone calls; they did not send any further emails to the ▮▮▮▮ owner because they had his or her phone number. The unknown offender did not return the money to the Victim. By means of this fraudulent conduct, the Victim incurred damage of ▮▮▮▮▮▮ equivalent to ▮▮▮▮▮

## TECHNICAL BACKGROUND

13.  In my training and experience, I have learned that ▮▮▮▮▮▮▮▮▮▮



▮▮▮▮▮▮▮▮ Subscribers obtain an account by registering with ▮▮▮▮ During the registration process, ▮▮▮▮ asks subscribers to provide basic personal information. Therefore, the computers of ▮▮▮▮ are likely to contain stored electronic communications ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

14.  In my training and experience, ▮▮▮▮▮▮▮▮ such as ▮▮▮▮ generally ask their subscribers to provide certain personal identifying information when registering for an account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, ▮▮▮▮▮▮▮▮ and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based

on my training and experience, I know that even if subscribers insert false information to conceal their identity, this information often nevertheless provides clues to their identity, location, or illicit activities.

15. In my training and experience, ███████ account providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account ████████████████████████████████████████ and other log files that reflect usage of the account. In addition, ████████████ often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account.

16. In my training and experience, in some cases, account users will communicate directly with a service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

17.     As explained herein, information stored in connection with an account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling law enforcement to establish and prove each offense-element, or, alternatively, to exclude the innocent from further suspicion. From my training and experience, I know that the information stored in connection with ███████ account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, ███████████████

████████████████████████████████████████████████████

may indicate who used or controlled the account at a relevant time. Further, information maintained by the provider can show how and when the account was accessed or used. For example, providers typically log the IP addresses from which users access the account along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the criminal activity under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time ███████████████████████████████████████████ Finally, stored electronic data may provide relevant insight into the account owner's state of mind as it relates to the offense under investigation. For example, information in the account may indicate the owner's motive and intent to commit a crime (e.g., communications relating to the crime), or consciousness of guilt (e.g., deleting communications in an effort to conceal them from law enforcement).

18.     Since this search warrant seeks data relating to an ongoing criminal investigation and since the data requested may involve the privacy of the victim, we are asking that the affidavit

and the data recovered be sealed until disclosed in connection with a prosecution. Since the targets of the investigation are not aware of the investigation, but the victim of the crime has already disclosed the ▮▮▮▮ information to law enforcement and turned over her cell phone, we are only seeking a non-disclosure order as to the suspect's account. ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## CONCLUSION

19.    Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on ▮▮▮▮▮▮▮ who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.



Respectfully submitted,

Federal Bureau of Investigation

Subscribed and sworn to before me on _____ MAY 24 2018 _____, 2018.

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

## Annex

### Relevant Provisions ███████████



AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )

INFORMATION ASSOCIATED WITH ███████ )

█████████████████████ THAT IS STORED AT )
PREMISES CONTROLLED BY █████ )

Case No: 1:18-sc-01826
Assigned To: Magistrate Judge G. Michael Harvey
Date Assigned: 5/24/2018
Description: Search and Seizure Warrant

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ ████████████████████████████████████
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A) and 3512(a) namely contents of electronic data more fully described in Attachment B incorporated herein and included as part of the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before    6/7/18    *(not to exceed 14 days)*
❑ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Magistrate Judge G. Michael Harvey    .
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*    ❑ until, the facts justifying, the later specific date of _____

Date and time issued:    MAY 24 2018 /3:25pm

                                                    *Judge's signature*

City and state:    Washington, D.C.    G. Michael Harvey, United States Magistrate Judge
                                                    *Printed name and title*

## ATTACHMENT A
## Property to Be Searched

This warrant applies to all information associated with ███████████ account: ████████████

████████████████████████████████ including content of any communications, such

as messaging, that is stored at premises controlled by:

██████████████████

## ATTACHMENT B

### Particular Things to be Seized and Procedures
### to Facilitate Execution of the Warrant

**I.      Information to be disclosed by** ████████████ **(the "Provider") to facilitate execution of the warrant**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any communications and contents of ████ or ████████████████████ or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) through ████████████████████████ submitted on ████████████ the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

████████████████████████

a.      The contents of all messages associated with the accounts, between and including ████████████ and ████████████████ including ████████████████████████████ ████ sent to and from the account, ████████████████████████████████

████████████████████████████████████████

████████████████

b.      All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, ████████████████████████████████ methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.    The types of service utilized;

d.    All records or other information stored at any time by an individual using the account, covering the period between and including ████████ and ████████████████ including ████████████████████████████████████

e.    All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

The Provider shall deliver the information set forth above via United States mail, courier, or e-mail to:

████████████████████████████████████

935 Pennsylvania Ave.
NW Washington, D.C. 20535

Or email returns to ████████████████████████

## II.    Information to be seized by the government

All information described above in Section I that constitutes evidence of violations of the criminal laws of ███████████████████████████████████████████ ███████████████████ including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) communications between the suspects and the victim, the account holders of ███████████████████████ between and including ████████████ and ██████████████

(b) Evidence indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

(c) Evidence indicating the account owner's state of mind as it relates to the criminal activity under investigation;

(d) The identity of the person(s) who created or used ████████ including records that help reveal the whereabouts of such person(s).

(e) Identification of coconspirators, accomplices, and aiders and abettors in the commission of the above offenses;

(f) The identity of the person(s) who communicated with ████████ about matters relating to a fraud, including content of emails discussing or admitting the fraud or similar scheme to defraud, or which warns of the consequences of communication or report of the event to law enforcement.

### III.    Government procedures for warrant execution

The United States government will conduct a search of the information produced by the Provider and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States and transmitted to or shared with law enforcement ███████████

███████████

Law enforcement personnel will then seal any information from the Provider that does not fall within the scope of Section II and will not further review the information absent an order of the Court.